UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TOM SHULLAW,
Plaintiff,

v. Case No.: 3:23cv13317/MCR/ZCB

GRANT MCMULLEN, et al.,
Defendants.
_________________________________/

**SETTLEMENT CONFERENCE REPORT**

On August 27, 2026, the undersigned conducted a settlement conference in this matter pursuant to 28 U.S.C. § 636(b) and upon referral (Doc. 49). The conference resulted in a **SETTLEMENT** of the above-captioned case.

**SO ORDERED** this 27th day of August 2026.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge